UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES SECURITIES and EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>VLADIMIR EYDELMAN and STEVEN METRO,<br><br>        Defendants. | Civil Case No. 14-cv-01742<br><br>**ANSWER** |

    Defendant Steven Metro, by and through his attorney, Stephen N. Dratch as and for his Answer to the Complaint, responds as follows:

    Upon the advice of counsel, Steven Metro respectfully invokes his Fifth Amendment privilege with respect to each and every allegation of Complaint.

Dated: Livingston, New Jersey
       August 11, 2014

By: _____
STEPHEN DRATCH
FRANZBLAU DRATCH, P.C.
354 Eisenhower Parkway
Livingston, NJ 07039
(973) 992-3700
(973) 992-7945 (fax)
Dratch@njcounsel.com
Attorney for Defendant
 Steven Metro

Of Counsel:
James R. Froccaro, Jr.
20 Vanderventer Ave., Suite 103W
Port Washington, NY 11050
(516) 944-5062
(516) 944-5066 (fax)
JRFESQ61@aol.com

00022977 - 1