UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION : : : | |
| Plaintiff, : | |
| vs. : | Case No.  3:14-cv-01742-MAS-TJB |
| VLADIMIR EYDELMAN, *et al*. : : | |
| Defendants. : | |

_____

## JOINT STATUS REPORT OF THE PARTIES

Pursuant to this Court's September 17, 2014 Order (ECF No. 18), which granted the United States' motion to intervene and to stay discovery in this case, the parties provide the following written status report:

As to the criminal charges against Defendant Eydelman, the parties have reached a plea agreement and expect that the defendant will shortly enter a plea of guilty.  S*ee United States v. Vladimir Eydelman*, District of New Jersey Case No. 2:14-mj-08079-MCA (ECF No. 27).  As to the criminal charges against Defendant Metro, the defendant was indicted on January 15, 2014.  *See United States v. Steven Metro*, District of New Jersey Case No. 3:15-cr-00028-MAS (ECF No. 17).  On January 26, 2015, Defendant Metro entered a plea of not guilty, and trial is currently scheduled for July 27, 2015.  *See id.* (ECF Nos. 28, 32).

In light of the foregoing, the parties have no objection to the continuation of the Court's Order staying discovery in this matter.

1

Dated: March 19, 2015                                             Respectfully submitted,

| | |
|---|---|
| */s/ Stephan J. Schlegelmilch* | */s/ John P. Leonard (consent via email)* |
| Stephan J. Schlegelmilch | John P. Leonard |
| Carolyn M. Welshhans | Kristoffer S. Burfitt |
| U.S. SECURITIES AND EXCHANGE COMMISSION | MCELROY, DEUTSCH, MULVANEY & CARPENTER |
| 100 F Street, N.E. | 1300 Mount Kemble Avenue |
| Washington, DC  20549 | P.O. Box 2075 |
| (202) 551-4935 (Schlegelmilch) | Morristown, NJ  07962 |
| (202) 772-9292 (facsimile) | (973) 993-8100 (Leonard) |
| SchlegelmilchS@SEC.gov | jleonard@mdmc-law.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *U.S. Securities and Exchange Commission* | *Vladimir Eydelman* |
| | |
| */s/ Stephen N. Dratch (consent via email)* | */s/ Shirley U. Emehelu (consent via email)* |
| Stephen N. Dratch | Shirley U. Emehelu |
| FRANZBLAU DRATCH, PC | Assistant United States Attorney |
| Plaza One | OFFICE OF THE UNITED STATES ATTORNEY |
| 354 Eisenhower Parkway | DISTRICT OF NEW JERSEY |
| P.O. Box 472 | 970 Broad Street |
| Livingston, NJ 07039 | Suite 700 |
| (973) 992-3700 (Dratch) | Newark, NJ  07102 |
| dratch@njcounsel.com | (973) 645-2700 (Emehelu) |
| | Shirley.emehelu@usdoj.gov |
| *Counsel for Defendant* | *Counsel for Intervenor* |
| *Steven Metro* | *United States of America* |

**CERTIFICATE OF SERVICE**

I hereby certify, this 19th day of March, 2015, that I served a true and correct copy of the foregoing with the Clerk of the Court using the Court's CM/ECF system.

*/s/ Stephan J. Schlegelmilch*
*Attorney for Plaintiff*
*U.S. Securities and Exchange Commission*